# UNITED STATES BANKRUPTCY
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION –DETROIT

In re:

Margaret Clark,

        Debtor

                              /

CASE NO. 10-76504-wsd
CHAPTER 7
HON. WALTER SHAPERO

Dennis Bodin,                           Adv. Pro. No. 11-5008

        Plaintiff

v.

Margaret Clark,

        Defendant
                              /

## ORDER IN CONNECTION WITH OPINION DECLARING
## A DEBT NON-DISCHARGEABLE

      The Court having issued its Opinion Declaring a Debt Non-Dischargeable (docket #21) on June 29, 2012; the said Opinion requiring Plaintiff to present an order consistent with the Opinion; no order having been presented and the Court having set and held a hearing on January 10, 2013 requiring Plaintiff to show cause why this adversary proceeding should not be dismissed; Defendant, but not the Plaintiff, having appeared at said hearing; Now therefore;

      IT IS HEREBY ORDERED that if the Plaintiff shall not have presented the required order pursuant to E.D.Mich LBR 9021-1(a)(4) on or before January 18, 2013, an order will be entered dismissing this adversary proceeding with prejudice.

**Signed on January 10, 2013**

                                              **/s/ Walter Shapero**
                                            **Walter Shapero**
                                            **United States Bankruptcy Judge**